1 **NORMA A. AGUILAR**
California State Bar No. 211088
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Norma_Aguilar@fd.org

5 Attorneys for Mr. Madero-Diaz

6

7

8                        UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08MJ1851
                                    )
12               Plaintiff,         )
                                    )
13 v.                               )
                                    )   **NOTICE OF APPEARANCE**
14 JULIAN MADERO-DIAZ,              )
                                    )
15               Defendant.         )
                                    )

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19 in the above-captioned case.

20                                      Respectfully submitted,

21

22 Dated: June 27, 2008                 */s/  Norma Aguilar*
                                        **NORMA AGUILAR**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Madero-Diaz
24                                      Norma_Aguilar@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 27, 2008

*/s/  Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
 Email: Norma_Aguilar@fd.org