UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Julian Madero-Diaz ) <br> ) <br> Defendant(s) ) <br> _____ ) | 08CR2245-BTM <br> CRIMINAL NO. 08MJ1851 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **William McCurine Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed /(Order of Court).

**Imelda Mendoza-Hurtado**

DATED: 07-08-08

William McCurine Jr
_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        ~~Deputy~~ Clerk